**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ROBERT JAMES MCCRANN, III,

                Plaintiff,                    22 **CIVIL** 4383 (JGK)(JLC)

      -v-                                  <u>**JUDGMENT**</u>

KILOLO KIJAKAZI, ACTING
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated March 15, 2023, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. Upon remand, the Administrative Law Judge conduct further proceedings, develop the administrative record as necessary, offer the Plaintiff an opportunity for a new hearing, review the evidence, including any medical opinion evidence and subjective complaints under the relevant regulations, and issue a de novo decision.

**Dated:**  New York, New York
           March 15, 2023

                                                          **RUBY J. KRAJICK**

                                                              _____
                                                                **Clerk of Court**

                                 **BY:**       *K. Mango*

                                                                _____
                                                                **Deputy Clerk**