UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT JAMES McCRANN, JR.,

           Plaintiff,           22-cv-4383 (JGK)

    - against -           ORDER

MARTIN O'MALLEY, COMMISSIONER OF
SOCIAL SECURITY,[1]

           Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a telephone conference on **February 9, 2024**, at **11:30 a.m.**, for oral argument on the motion for attorney's fees.

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
           February 6, 2024

                                                  /s/ John G. Koeltl
                                                  John G. Koeltl
                                           United States District Judge

---

[1] The complaint named Kilolo Kijakazi, then the Acting Commissioner of Social Security, as the defendant. Compl., ECF No. 1. Martin O'Malley, the current Commissioner of Social Security, is automatically substituted for Kijakazi pursuant to Federal Rule of Civil Procedure 25(d).